JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| GERALD HONORE | CASE NUMBER: |
|---|---|
| PLAINTIFF | CV 21-8530 FMO (AGRx) |
| v. | |
| FORD MOTOR COMPANY, et al. | JUDGMENT |
| DEFENDANT | |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on February 3, 2022 as docket number 15 (the "Offer of Judgment"), judgment is hereby entered for

Gerald Honore ("plaintiff")

and against

Ford Motor Company ("defendant")

according to the terms set forth in the Offer of Judgment.

Date: February 4, 2022

By: /s/ Fernando M. Olguin
United States District Judge

CV-140 (02/21)                                    JUDGMENT