# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GERALD HONORE, | ) | Case No. CV 21-8530 FMO (AGRx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT RE: ATTORNEY'S FEES AND COSTS** |
| FORD MOTOR COMPANY, | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the Court's Order Re: Pending Motion, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT defendant Ford Motor Company shall pay plaintiff Gerald Honore's attorney's fees in the amount $19,220 and costs in the amount of $468.74. Dated this 5th day of July, 2023.


_____
/s/
Fernando M. Olguin
United States District Judge